# Order

Michigan Supreme Court
Lansing, Michigan

May 26, 2020

Bridget M. McCormack,
Chief Justice

160230

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

     SC:  160230
     COA:  349127
     Wayne CC:  14-006199-FC

LAFAYETTE DESHAWN UPSHAW,
     Defendant-Appellant.

_____/

     On order of the Court, the application for leave to appeal the July 22, 2019 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2020



Clerk

b0518